UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NICHOLAS LUONGO, Individually and on Behalf of All Others Similarly Situated, * <br> * <br> *    Civil Action No. 1:21-cv-12099-IT <br> Plaintiff,    *    Consolidated Action <br> * <br> v.    *    Consolidated with: <br> *         No. 1:22-cv-10059-IT <br> DESKTOP METAL, INC., RIC FULOP,    *         No. 1:22-cv-10173-IT <br> JAMES HALEY, ALI EL-SIBLANI, and    *         No. 1:22-cv-10297-IT <br> MICHAEL JAFAR,    * <br> * <br> Defendants.    * | |

JUDGMENT

September 21, 2023

TALWANI, D.J.

Pursuant to the court's Memorandum and Order [Doc. No. 124] on the Defendants' Motion to Dismiss [Doc. No. 109] the Corrected Consolidated Class Action Complaint for Violations of the Federal Securities Law [Doc. No. 107], JUDGMENT IS HEREBY ENTERED in favor of Defendants and against Plaintiffs. All parties shall bear their own costs and fees. This consolidated case is CLOSED.

IT IS SO ORDERED.

/s/  Indira Talwani
United States District Judge